UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KENNETH R. TALLMAN, JR.**,

    Plaintiff,

v.

**GEORGIA PACIFIC, LLC.**,          CASE NO.: 3:19-CV-468-J-34-JRK

    Defendant.

_____/

**RULE 26(a) DISCLOSURES OF PLAINTIFF, KENNETH R. TALLMAN, JR.**

The Plaintiff, **KENNETH R. TALLMAN, JR.,** pursuant to Federal Rule of Civil Procedure 26(a) and the Court's Initial Scheduling Order hereby provides the following disclosures and states as follows:

1. **RULE 26(a)(1)(a)(I) - NAME AND ADDRESS OF POTENTIAL WITNESSES AND SUBJECT MATTER OF KNOWLEDGE.**

    a.    Kenneth R. Tallman, Jr., (Plaintiff)
           c/o undersigned counsel.

    b.    Corporate Representative of
           Georgia-Pacific, LLC
           c/o Cole, Scott & Kissane, P.A.
           4686 Sunbeam Road
           Jacksonville, Fl 32257

    c.    Karen Tallman – Plaintiff's wife
           c/o undersigned counsel

    d.    Shelia Morrison – Plaintiff's mother
           c/o undersigned counsel

    e.    Larry Morrison – Plaintiff stepfather
           c/o undersigned counsel

    f.    Kenneth Tallman Sr. – Plaintiff's father
           c/o undersigned counsel

g. Casey Hand - Plaintiff's sister
c/o undersigned counsel

h. Casey Rodgers – Plaintiff's friend.
c/o undersigned counsel

i. Martine Rodgers – Plaintiff's friend
c/o undersigned counsel

j. Shawn Tallman – Plaintiff's cousin
c/o undersigned counsel

k. Joshua Mckie – Plaintiff's friend/coworker
c/o undersigned counsel

l. Mike Gibbons – Plaintiff's Father-in-law
c/o undersigned counsel

m. Lisa Gibbons – Plaintiff's Mother-in-law
c/o undersigned counsel

n. Michael Gibbons – Plaintiff's Brother-n-law
c/o undersigned counsel

o. Josh Fowler – Plaintiff's friend
c/o undersigned counsel

p. Misti Fowler – Plaintiff's friend
c/o undersigned counsel

q. Lacy Gulledge – Plaintiff's friend
c/o undersigned counsel

r. Joe Gulledge – Plaintiff's friend
c/o undersigned counsel

s. James Whitcomb – Plaintiff's friend/coworker
c/o undersigned counsel

t. Frank Barnes – Plaintiff's safety manager
c/o undersigned counsel

u. Tim Miller – Plaintiff's coworker
c/o undersigned counsel

   v.  Lynette Prescott -  Plaintiff's coworker
     c/o undersigned counsel

   w.  Any and all witnesses listed by Defendant.

   x.  All of Plaintiff's treating physicians

   y.  Any and all witnesses identified through future discovery.

   yy.  Any and all expert witnesses not yet identified.

   z.  All persons identified in the documents produced by Plaintiff and Defendants in their Rule 26(a)(1) disclosure.

   zz.  All impeachment and rebuttal witness identified through future discovery.

Plaintiff reserves the right to amend and/or supplement these disclosures with additional witnesses.

  2.  **RULE 26(a)(s)(A)(ii)**

A copy or description by category or location, of non-privileged documents in the possession of the Plaintiff that are currently known and which may support its defense are set forth below.  Plaintiff reserves the right to amend and/or supplement these disclosures with additional documents as they become available throughout future discovery:

   a.  Plaintiff's medical records, reports and medical bills. (Rubenstein Law, P.A., 9130 South Dadeland Boulevard, Datran II – Penthouse, Miami, Fl 33156)

   b.  Plaintiff's medical bills.  (Rubenstein Law, P.A., 9130 South Dadeland Boulevard, Datran II – Penthouse, Miami, Fl 33156)

   c.  Photographs. (Rubenstein Law, P.A., 9130 South Dadeland Boulevard, Datran II – Penthouse, Miami, Fl 33156).

      d.      All pleading filed by Plaintiff in case number 3:19-cv-468-J-34-JRK filed in the United States District Court, Middle District of Florida, Jacksonville Division. ((Rubenstein Law, P.A., 9130 South Dadeland Boulevard, Datran II – Penthouse, Miami, Fl 33156)

      e.      Non-privileged documents such as correspondence to Defendant from the Plaintiff.

      f.      Any and all documents produced by Defendant in their responses to discovery propounded by the Plaintiff.

      g.      All documents identified in Defendants' Rule 26 Disclosure.

      h.      All documents identified in Plaintiff's Rule 26 Disclosure.

      i.      All documents and evidence produced or discovered by future discovery.

3. **RULE 26(a)(1)(A)(iii)**

A computation of any category of damages claimed by the disclosing party who must also make for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

      a.      Medical Expenses:    $116,286.15 (Subject to change)

      b.      Earning capacity/lost wages:    Discovery ongoing

      c.      Pain and suffering, disability, loss of enjoyment of life:  Discovery ongoing

4. **RULE 26(a)(1)(A)(iv)**

Not applicable to the Plaintiff.

19-CV-00468-MMH-JRK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF on this **9th** day of **July, 2019** and submitted to: Jennifer L. Watson, Esquire, Joseph T. Kissane, Esquire, COLE SCOTT & KISSANE, P.A., 4686 Sunbeam Road, Jacksonville, Fl 32257 joe.kissane@csklegal.com; peggy.labs@csklegal.com; jennifer.watson@csklegal.com.

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000
Fax: (786) 230-2934
Email: john@rubensteinlaw.com
nancy@rubensteinlaw.com
eservice@rubensteinlaw.com

By: _/s/ *John F. Eversole III*
**JOHN F. EVERSOLE III**
Florida Bar No.: 371513